ROBERT K. STORY, JR., Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.—

No opinion. Present— Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANNA VITELLI et al., Appellants, v. BROADWAY-MARLBORO REALTY CORPORATION, Respondent.—

No opinion. Present— Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

WILLIAM A. WESTLEY, Respondent, v. ANNIE E. LEVY et al., Appellants.—

No opinion. Present— Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

BEN TUCKER, Doing Business as HUDSON BAY FUR COMPANY, Appellant, v. JOSEPH HONIGMAN et al., Doing Business as HUDSON CANADIAN FUR COMPANY, et al., Respondents.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

June 9, 1943.)

In the Matter of HAROLD A. STEIN et al., Copartners under the Name of H. A. STEIN MOTOR COMPANY, Respondents-Appellants, against F. G. DORAN, Defendant, and FIRST NATIONAL BANK IN YONKERS, Appellant-Respondent.—

Present— Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

LILLIAN E. RAVENSCROFT, Appellant, v. COUNTY OF WESTCHESTER, Respondent.—

No opinion. Present— Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.